IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-cv-270-FL

| | |
|---|---|
| JERRY LOWERY | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant | ) |

This action being submitted to the Court for entry of an Order for attorneys' fees under the Equal Access to Justice Act, and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,962.50 for attorney fees (23.7 hours at $125 per hour), in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. §2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to plaintiff, the sum of $2,962.50 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

This  4th  day of December, 2013.

_____
United States District Judge